Vogel & Bunge, for appellants; L. H. Vogel, and Robert C. Vogel, of counsel; Jack A. Cohon, and Arthur Rosenblum, for appellee. Opinion by PRESIDING JUSTICE KILEY. **Not to be published in full.** Opinion filed June 18, 1952; released for publication July 17, 1952.

## Restvale Cemetery, Inc., Appellee, v. Reverend Cleo Williams, Appellant.

### Gen. No. 45,623.

Houston H. Hall, for appellant; no appearance for appellee. Opinion by JUSTICE FEINBERG. **Not to be published in full.** Opinion filed June 18, 1952; released for publication July 17, 1952.